HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| BAMBI HIRON, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MACY'S WEST STORES, LLC, a foreign limited liability company; MACY'S RETAIL HOLDINGS, LLC, a foreign limited liability company; CAFARO MANAGEMENT COMPANY, a foreign profit corporation; SCHINDLER ELEVATOR CORPORATION, a foreign profit corporation; and DOE CORPORATIONS 1-5,<br><br>　　　　　　Defendants. | NO. 3:23-cv-05573-BHS<br><br>STIPULATED MOTION FOR DISMISSAL OF CARARO MANGEMENT COMPANY ONLY<br><br>NOTE ON MOTION CALENDAR: OCTOBER 4, 2023 |

Pursuant to FRCP 41(a)(1), it is hereby stipulated by plaintiff, Bambi Hiron, and Cafaro Management Company, by and through their undersigned attorneys, that all of plaintiff, Bambi Hiron's claims against defendant Cafaro Management Company *only* in this action shall be dismissed without prejudice and without costs.

This stipulation does not affect the claims by Plaintiff Bambi Hiron against Defendants Macy's West Stores, LLC, Macy's Retail Holdings, LLC, Schindler Elevator Corporation, and Doe Corporations 1-5, which remain active.

STIPULATED MOTION FOR DISMISSAL OF
CARFARO MANAGEMENT COMPANY ONLY – 1
067794.000020 1631404
NO.: 3:23-cv-05573-BHS

**REED MCCLURE**
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

DATED this 4th day of October, 2023.

By  *s/Suzanna Shaub*
Suzanna Shaub, WSBA #41018
Reed McClure
Attorneys for Defendant Cafaro Management Company
1215 Fourth Avenue, Suite 1700
Seattle WA 98161-1087
206-292-4900 - Phone
sshaub@rmlaw.com

By  *s/Holly D. Brauchli*
Holly D. Brauchli, WSBA #44814
Sears Injury Law PLLC
Attorney for Plaintiff
1800 Westlake Avenue N, Suite 101
Seattle WA 98109
206- 566-5938 - Phone
holly@searsinjurylaw.com

By  *s/Daniel Rankin*
Eric P. Gillett, WSBA #23691
Daniel Rankin, WSBA #49673
Preg O'Donnell & Gillett PLLC
Attorneys for Defendants Schindler Elevator Corporation, Macy's West Store, LLC and Macy's Retail Holdings, LLC
901 Fifth Avenue, Suite 3400
Seattle WA 98164-2026
206 -287-1775 - Phone
egillett@pregodonnell.com
drankin@pregodonnell.com

STIPULATED MOTION FOR DISMISSAL OF
CARFARO MANAGEMENT COMPANY ONLY – 2
067794.000020 1631404
NO.: 3:23-cv-05573-BHS

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98161-1087
(206) 292-4900; FAX (206) 223-0152

IT IS SO ORDERED that plaintiff, Bambi Hiron's claims against Defendant Cafaro Management Company *only* are dismissed without prejudice and without costs.

DONE this 6th day of October, 2023.

_____
HONORABLE BENJAMIN H. SETTLE

Presented by:

REED McCLURE

By  *s/Suzanna Shaub*
_____
   Suzanna Shaub, WSBA #41018
   Attorney for Defendant, Cafaro Management Company

Copy Received, Approved as to Form;
Notice of Presentation Waived:

SEARS INJURY LAW PLLC.

By  *s/Holly D. Brauchli*
_____
   Holly D. Brauchli, WSBA #44814
   Attorney for Plaintiff

PREG O'DONNEL & GILLETT, PLLC

By  *s/Daniel Rankin*
_____
   Eric P. Gillett, WSBA #23691
   Daniel Rankin, WSBA #49673
   Attorneys for Defendants, Schindler Elevator Corporation, Macy's West Macy's West Store, LLC and Macy's Retail Holdings, LLC

STIPULATED MOTION FOR DISMISSAL OF
CARFARO MANAGEMENT COMPANY ONLY – 3
067794.000020 1631404
NO.: 3:23-cv-05573-BHS

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152