Honorable Benjamin H. Settle

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT

AT TACOMA

BAMBI HIRON, an individual,

                              Plaintiff(s),

      v.

MACY'S WEST STORE, LLC, a foreign limited liability company; MACY'S RETAIL HOLDINGS, LLC, a foreign limited liability company; CAFARO MANAGEMENT COMPANY, a foreign profit corporation; SCHINDLER ELEVATOR CORPORATION, a foreign profit corporation; and DOE CORPORATIONS 1-5

                            Defendant(s).

NO. 3:23-cv-05573-BHS

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**NOTE ON MOTION CALENDAR: DECEMBER 4, 2024**

## I.    STIPULATION

      Plaintiff Bambi Hiron and Defendants Macy's West Store, LLC, Macy's Retail Holdings, LLC and Schindler Elevator Corporation, by and through their undersigned counsel of record, do hereby stipulate and agree that all claims asserted herein, or which could have been asserted herein by Plaintiff against Defendants relating to the December 2020 fall described in the governing Complaint, have been fully, finally and forever resolved and settled satisfactorily, and all claims shall be dismissed with prejudice and without fees and costs to any party.

**PREG O'DONNELL & GILLETT** PLLC
401 UNION STREET, SUITE 1900
SEATTLE, WASHINGTON  98101-2668
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

DATED this 4th day of December, 2024.

SEARS INJURY LAW, PLLC

By /s/ Holly Brauchli
    Holly Brauchli, WSBA #44814
Attorneys for Plaintiff Bambi Hiron

PREG O'DONNELL & GILLETT PLLC

By /s/ Daniel Rankin
    Eric P. Gillett, WSBA #23691
    Daniel Rankin, WSBA #49673
Attorneys for Defendants Schindler Elevator
Corp. and Macy's West Store, LLC and Macy's
Retail Holdings, LLC

## II.  ORDER

Pursuant to the stipulation of the above parties and for good cause appearing herein, IT IS HEREBY ORDERED that all claims brought by Plaintiff against the defendants are hereby dismissed with prejudice and without fees and costs to any party.

DATED this 4th day of December, 2024.

Benjamin H. Settle
U.S. District Court Judge

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE - 2
10420-0040  6049329
NO. 3:23-cv-05573-BHS

**PREG O'DONNELL & GILLETT** PLLC
401 UNION STREET, SUITE 1900
SEATTLE, WASHINGTON  98101-2668
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

**DECLARATION OF SERVICE**

I hereby declare that on this day I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record listed below:

**Counsel for Plaintiff Bambi Hiron**:
Holly Brauchli, Esq.
Sears Injury Law PLLC
*holly@searsinjurylaw.com*

DATED at Seattle, Washington, this 4th day of December, 2024.

/s/ Daniel Rankin
Daniel Rankin, WSBA #49673

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE - 3
10420-0040  6049329
NO. 3:23-cv-05573-BHS

**PREG O'DONNELL & GILLETT** PLLC
401 UNION STREET, SUITE 1900
SEATTLE, WASHINGTON  98101-2668
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113